**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
_____ DIVISION

**09-76988**

In re

_Michael J. Bouiff,_
_____
Debtor.

Case No. _____

Chapter _11_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS IN CHAPTER 11 OR 13 CASES

1. In accordance with Fed. R. Bankr. P. 1006 and General Order No. 4-2005 (Bankr. N.D. Ga., October 5, 2005), I apply to pay the filing fee amounting to $1,039 in no more than three (3) installments.

2. I certify that I am unable to pay the filing fee except in installments.

3. I further certify that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I accept the following terms for the payment of the filing fee:
   - First Installment of $ 339 , with the filing of the petition.
   - Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ 350 , on or before 30 days from the date the bankruptcy petition was filed.
   - Final Installment of the remaining unpaid balance of the filing fee in the amount of $ 350 , on or before 60 days from the date the bankruptcy petition was filed.

5. I understand that if I fail to pay any fee installment when due my bankruptcy case will be dismissed.

| | | | |
|---|---|---|---|
| _____ | _____ | _signature_ | 7/2/09 |
| Signature of Attorney | Date | Signature of Debtor | Date |
| | | (In a joint case, both Debtors must sign) | |
| | | | |
| _____ | | _____ | _____ |
| Name of Attorney | | Signature of Joint Debtor | Date |

1