UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON
AUG 1 3 2009
DOCKET

IN RE                          ) CHAPTER 11
                               )
MICHAEL J. BOURFF              ) CASE NO. 09-76988-MHM
                               )
        Debtor                 )
_____)

ORDER AND NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that the hearing on motion of the U. S. Trustee for the case to be dismissed or converted to Chapter 7 (Doc 19) will be held September 3, 2009 at 2:00 p. m. and November 20, 2009 in Courtroom 1204, United States Courthouse, 75 Spring Street, S. W., Atlanta, Georgia.

The Clerk is directed to serve this Order and Notice on Debtor, Attorney for Debtor, United States Trustee, all creditors and parties in interest.

At Atlanta, Georgia this 12th day of August, 2009.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE