SEP 18 2009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| MICHAEL J. BOURFF, | : | CASE NO. 09-76988-MHM |
| | : | |
| Debtor. | : | |
| | : | |
| DONALD F. WALTON, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| Movant, | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| MICHAEL J. BOURFF, | : | |
| | : | |
| Respondent. | : | |

**ORDER DISMISSING CASE**

This matter arises on the United States Trustee's Motion to Dismiss or Convert Case [Docket Entry No. 19](the "Motion"). The Motion was scheduled for hearing September 3, 2009. Jeneane Treace appeared on behalf of the United States Trustee. No one appeared in opposition to the Motion.

Good cause having been shown for granting the relief requested, it is hereby ORDERED that the motion is *granted*: this case is *dismissed*.

IT IS SO ORDERED, this the 17th day of September 2009.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

Prepared by:
*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)-331-4437
jeneane.treace@usdoj.gov

DISTRIBUTION LIST

ALL PARTIES LISTED ON MAILING MATRIX